## 48107. JORDAN v. THE STATE.

BELL, Chief Judge. Appeal is taken from the order of the trial judge denying the grant of a certificate of immediate review. This is not an appealable judgment. *Lee v. Smith,* 119 Ga. App. 808 (168 SE2d 880).

*Appeal dismissed. Deen and Quillian, JJ., concur.*

ARGUED APRIL 30, 1973 — DECIDED MAY 15, 1973 — REHEARING DENIED JUNE 8, 1973 —

*Charles Marchman, Jr.,* for appellant.

*Clarence H. Clay, Jr., Solicitor, James M. Wootan, Brayton S. Dasher,* for appellee.